[No. 617-1.   Division One—Panel 2.   December 13, 1971.]

ATLAS ELECTRIC SERVICE, INC., *Plaintiff*, v. STROM CONSTRUCTION CO., INC., *Respondent*, W. A. BOTTING PLUMBING & HEATING CO., *Appellant*.

[No. 669-1.   Division One—Panel 1.   December 13, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES RUSSELL, *Appellant*.

[No. 200-3.   Division Three.   December 17, 1971.]

CLINTON G. AUSTIN, *Appellant*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

[No. 919-1.   Division One—Panel 1.   December 20, 1971.]

THE STATE OF WASHINGTON, *Respondent*, v. GERALD L. WOLFE, *Appellant*.